**Richard S. CURRIER, Plaintiff–Appellant,**

v.

**FOOD LION STORE NO. 1202, MYR-TLE BEACH, SOUTH CAROLINA, Defendant–Appellee.**

No. 02–2085.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Richard S. Currier, Appellant Pro Se. Robert E. Lee, Florence, South Carolina, for Appellee.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard S. Currier seeks to appeal the district court's orders remanding his civil action back to state court and denying his motion to reconsider. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Currier seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. *See* 28 U.S.C. § 1447(d) (2000) (noting that remand orders generally are not reviewable on appeal). Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Currier's pending motions to proceed in forma pauperis, for "Notice and Modification and Correction of Record," to supplement the record, and for "Notice and Motion for Joinder Order." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*